Chicago Title and Trust Company, Trustee, v. Dollie F. Leitch et al. James J. Barbour, Appellant. Frank A. Sloan, Receiver, Appellee.

Gen. No. 42,319.

Heard in first division, first district, this court at June term, 1942; opinion filed June 23, 1942. Edward H. S. Martin, for appellant; George A. Curran, for appellee. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''